UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

       Plaintiff,

v.                                        Case No. 15-CR-0218

ZACHARY C. STERNHAGEN,

       Defendant.

## ORDER

THIS CAUSE came on for consideration upon the government's motion pursuant to 18 U.S.C. §§ 3613(a) and 3664(n) (Doc. 68) requesting the Court to enter an Order authorizing the Bureau of Prisons to turn over to the Clerk of Court funds held in the inmate trust account for the above-mentioned Defendant as payment for the criminal restitution imposed in this case. As set forth in the government's motion, the Bureau of Prisons maintains in its possession, custody, or control approximately $3,110.66 in funds belonging to Defendant Sternhagen and is currently in the defendant's trust account. (*See* Doc. # 69 ¶3.)

ACCORDINGLY, IT IS ORDERED that the Motion of the United States of America to Authorize Payment from Inmate Trust Account is GRANTED; and

**IT IS FURTHER ORDERED that the Bureau of Prisons is authorized to turn over to the Clerk of Court, and the Clerk of Court shall accept, $3,000.00 of the funds currently held in the trust account for the following inmate:**

Mr. Zachary C. Sternhagen, Reg. No. 14000-089
FCI OXFORD
Federal Correctional Institution
PO BOX 1000
Oxford, WI 53952

The Clerk shall apply these funds to partially satisfy the criminal restitution owed by the Defendant for this case.

Dated at Green Bay, Wisconsin this 8th day of March, 2021.

        s/ William C. Griesbach
        WILLIAM C. GRIESBACH
        United States District Judge